FILED

APR 0 5 2021

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORA D.,[1] <br><br>              Plaintiff, <br><br> v. <br><br> ANDREW SAUL, Commissioner of Social Security, <br><br>              Defendant. | Case No.: 3:21-cv-00436-BEN-AHG <br><br> **ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED WITHOUT PREPAYING FEES AND ORDERING SERVICE** <br><br> **[ECF No. 2]** |

This matter was initiated on March 12, 2021, when Plaintiff filed a Complaint seeking judicial review of the Social Security Commissioner's denial of her application for disability insurance benefits. ECF No. 1. Plaintiff also filed an Application to Proceed in the United States District Court without Prepaying Fees or Costs (the "Application"), commonly referred to as *in forma pauperis* ("IFP"). ECF No. 2. As set forth below, Plaintiff's Application is granted.

## I.    LEGAL STANDARD

All parties initiating a civil action, suit, or proceeding in a United States District

---

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

1   Court must pay a filing fee. 28 U.S.C. § 1915(a). Without the filing fee, an action may
2   proceed only if the Plaintiff is granted leave to proceed IFP. *Id.*

3       The Court has discretion to determine indigency. *California Men's Colony v.*
4   *Rowland*, 939 F.2d 854, 858 (9th Cir. 1991) *rev'd on other grounds by* 506 U.S. 194
5   (1993) ("Section 1915 typically requires the reviewing court to exercise its sound
6   discretion in determining whether the affiant has satisfied the statute's requirement of
7   indigency"). To satisfy 28 U.S.C. § 1915(a), "an affidavit [of poverty] is sufficient [if it]
8   states that one cannot because of his poverty pay or give security for costs . . . and still be
9   able to provide for himself and dependents with the necessities of life." *Adkins v. E.I.*
10  *DuPont de Nemours & Co.*, 335 U.S. 331, 339 (1948). The facts as to the affiant's
11  poverty must be stated "with some particularity, definiteness, and certainty." *United*
12  *States v. McQuade*, 647 F.2d 938, 940 (9th Cir. 1981).

13      In cases involving a plaintiff who has sought and been granted IFP status, a United
14  States Marshal, upon order of the Court, must serve the summons and the complaint.
15  Fed. R. Civ. P. 4(c)(3); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall
16  issue and serve all process, and perform all duties in such cases."); *Benny v. Pipes*, 799
17  F.2d 489, 493 n.4 (9th Cir. 1986) (permitting "service by a Marshal for," inter alia, "a
18  person proceeding in forma pauperis").

19  **II.   APPLICATION**

20      According to Plaintiff's Application, her only income is $381.00 per month in
21  public assistance and food stamps. ECF No. 2. She has no other property and attests that
22  she is homeless. *Id.* As such, Plaintiff has satisfied her burden of showing she is entitled
23  to IFP status. The Court finds paying the $400.00 filing fee would impair her ability to
24  pay for life's necessities. *See Adkins*, 335 U.S. at 339-40. Accordingly, Plaintiff's
25  Application is **GRANTED**.

26      Having granted leave to proceed IFP, the Court **directs** the Clerk of Court to issue
27  the summons, provide Plaintiff with a certified copy of this Order and her Complaint
28  (ECF No. 1), and forward them to Plaintiff along with a blank United States Marshal

Service ("USMS") Form 285. Upon receipt of this "IFP Package," the Court **directs** Plaintiff to complete the Form 285 and forward the IFP Package to the USMS. Upon receipt from Plaintiff, the USMS will serve a copy of the complaint and summons upon each Defendant as directed by Plaintiff on the USMS Form 285. The United States will advance all costs of service. *See* 28 U.S.C. § 1915(d); Fed. R. Civ. P. 4(c)(3).

Plaintiff must serve upon the defendant, or if appearance has been entered by counsel, the defendant's counsel, a copy of every further pleading or other document submitted for consideration by the Court. Plaintiff must include with the original paper to be filed with the Clerk of the Court, a certificate stating the manner in which a true and correct copy of the document was served on the defendant, or counsel for the defendant, and the date of that service. Any paper received by the Court which has not been properly filed with the Clerk or fails to include a Certificate of Service may be disregarded.

## III.    CONCLUSION

Plaintiff's Motion to Proceed IFP is **GRANTED**. ECF No. 2. The Clerk of Court is **ORDERED** to direct service in conjunction with the foregoing.

**IT IS SO ORDERED.**

Dated: April 5, 2021

HON. ROGER T. BENITEZ
United States District Judge

3:21-cv-00436-BEN-AHG